UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------x
                              :
LINDA S. BRENNER, on behalf   :
of herself and all others     :
similarly situated,           :
                              :
     Plaintiff,               :
                              :    CASE NO. 3:06CV01707(AWT)
v.                            :
                              :
I.C. SYSTEM, INC.,            :
                              :
     Defendant.               :
                              :
------------------------------x
```

## ORDER RE FEE APPLICATION

The Joint Motion for Order Regarding Pending Fee Application (Doc. No. 57) is hereby GRANTED. Accordingly, it is HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. Plaintiff's counsel is awarded fees and reimbursement of expenses in the total amount of eighty-nine thousand, two hundred fifty dollars ($89,250.00), which shall be paid to Class Counsel Joanne S. Faulkner, Esq., in accordance with the terms of the Agreement of Settlement dated March 21, 2008.

2. Attorney Faulkner is authorized and directed to allocate and distribute the fees and expenses among Class Counsel in a manner that, in her good faith determination, reflects each counsel's contribution to the institution, prosecution, and settlement of the claims asserted in the action.

3. All Class Counsel shall be subject to the continuing jurisdiction of the Court in connection with this award of attorneys' fees and reimbursement of expenses.

It is so ordered.

Signed this 9th day of December, 2008 at Hartford, Connecticut.

```
      /s/  AWT
        Alvin W. Thompson
   United States District Judge
```